3:18-CV-157 BSM JTR

Charles David Earwood
350 Afco Road #EM 318
West Memphis, AR 7230

8-16-18

2018 AUG 20 AM 9:43

JAMES W. McCORMACK

BY: _____

Eastern District of Arkansas District Court
600 West Capitol Ave. Suite 149 A
Little Rock, AR 72204

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 20 2018

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

RE: Case number in Question is unledgable
case# ONWR-09-1206
(see information page number (1) one)

RE: Double Jeapordy (argument [A])

RE: Motion for Discovery (argument [B]; information page (2) two)

RE: Inmate communication form for staff at Crittenden County Detention Center (argument [C]; information page (3) three)

RE: Motion to Dismiss/with Demand for Early Release (argument [D])

This case assigned to District Judge _Miller_
and to Magistrate Judge _Ray_

2)

Double Jeapordy (argument |A|)

While incarcerated in 2009, in Mississippi County Detention Center, I Charles Earwood made a phone call to Dianne Kelley's (my mother) cell phone from INSIDE MCDC in Luxora, AR. Days after I was adjudicated without trial, to an extra 30 days and $600.00 fine, and 47 days later I was handcuffed and transported to Jonesboro, AR for a 3 day mental evaluation at a facility I do not know the name. After 3 days I was found lucid and transported back to MCDC and released (time served).

Now I've been arrested again for the second time for the same phone call in 2009. Both county jails have new computers systems and both show that I've never been there at either of them.

The only record that might exist is the 3 day evaluation at the co-ed doctors office of glass at Jonesboro where I was NOT medicated.

I cannot be punished twice for the same phone call by two different counties; once where I made the call and again to the county were the call was recieved.

3|



INFO

## THE DISTRICT COURT OF CRITTENDEN COUNTY, ARKANSAS
## MARION DIVISION

in Question ←

☑ CITY OF MARION
☐ STATE OF ARKANSAS

vs. Charles Earwood     CASE #: 0nwr-09-1206

**SCHEDULING ORDER**

On this 2nd day of August, 20 18, the defendant appeared with his/her attorney, D.D. and the defendant plead not guilty to the charges in the above-referenced case(s).

This matter is set for trial on Sept. 20th, 20 18, at 1:30 P.M., and the defendant and his/her attorney are ordered to appear on said date and time.

X ~~202203~~     3/2/18
Defendant           Date

_____    _____
Attorney            Date

_Signature_
Judge               Date

Inmate's Copy

**Crittenden County District Court (Marion Division)**
14 Military Road, Post Office Box 717
Marion, AR 72364
Phone: (870) 739-5411
Fax: (870) 739-3150

4)

Motion for Discovery (argument [B]); information page ②

    Public Defenders office's either Marion or West Memphis is non-communicative about this case. Judge Fred Thorne has taken this case back and forth between municiple courtrooms in these two cities so many times I've lost count, Motion for Discovery has not been delvered according to law.

    The bottom of information page ② says I will recieve written notification when it has been completed, and I have recieved NONE.

5|

INFO

## CRITTENDEN COUNTY DETENTION CENTER
### 350 AFCO ROAD, WEST MEMPHIS, AR 72301
### 870-702-2010

**Prisoner outside communication forms for parole officers and attorneys ONLY!**
***write clear so that it can be understood for the reader!***

Date  8-16-18

Detainee's Name  Charles Earwood          Pod Location  EM 318
                  *Print your name*

Please circle which department this form is intended for:

Parole Officer           (Attorney)

What is your parole officer or attorney's name?  Public Defenders Office

Where are they located and/or what firm do they work for?  14 Military Road,
P.O. Box 717, Marion, AR 72364

Please explain in detail what it is that you want them to know, be brief and straight to the point:

Motion for Discovery

Delivered to Me immediatly!!!

Please sign your name  [signature]

**PLEASE NOTE:**
These forms will be picked up every Wednesday before noon and faxed no later than Thursday by noon and you will receive written notification when it has been completed.

Inmate communication form for staff at Crittenden County Detention Center (argument [C]; information page (3))

Communications forms have been ignored by Coleman and other staff members of Crittenden County Detention Center. If I could get one of them to sign a form and "deny me" the addresses I requested to higher courts of the United States government offices, then I'm sure I would win monetary relief as I should have for the 42:1983 Civil Rights Case I filed from inside MCDC in 2012 Earwood vs. Whitfield/Langston.
I filed attempted to in 2009, and was "lost" in the system, and again in 2012 where in page 10 (ten) of litigation it was agreed upon by Susan Webber Wright that my civil rights were violated in 2012
Sooner or later I'm gonna win this money!

7  INFO

## INMATE COMMUNICATION FORM
Please check the appropriate box

☐ MEDICAL REQUEST  ☐ GRIEVANCE  ☒ PRISONER TO STAFF

Date: 8-16-18

Detainee Name: Charles Earwood  Detainee date of birth: 05/11/75

Pod location EM  Cell # 318

Name of staff member that you are writing: Coleman

Please write your message below:

Request for Law Library

Request for District Court Clerk, address Little Rock

Request for East District of Arkansas Court address

If this is concerning medical please answer the following questions:

1. Who is your regular doctor? _____
2. When was your last doctor or nurse visit? _____
3. Are you currently taking any medications? _____

If so, list medications that you are taking: _____

Where do you get your prescriptions filled? _____

Detainee signature: _____

Motion to Dismiss / with Demand for Early Release (argument D)

Motion to Dismiss / with request for OR / with Demand for Early Release is as of now unheard; as I have witnessed, the Judge, Fred Thorne, advise the plaintiff in the courtroom that the "Statutes of Limitations" may have run out on the warrant considering case # ONWR-09-1206 and advise the plaintiff to "refresh" the charges at which time the plaintiff Dianne Kelley made a new statement and new warrant was issued for the same charges which according to changes to Arkansas state law between 2009 and nov, 2018 Terroristic threatening is not a misdemeanor now it is a felony.

I Charles David Earwood do here by swear in the court of the Eastern District of Arkansas on this 16th day of August in the year of 2018, that the foregoing to be true and correct, and do hereby declare that all evidence is not available to me as an incarcerate of Crittenden County Detention Center.

Charles David Earwood

and also will declare to the court as an indigent incargerate I am unable to serve said appropriate copies to persons of the court, plaintiff, and so forth; if the Honorable court would do so to the following:

Attn: Coleman of CCDC
350 Afco Road
West Memphis, AR 72301

Attn: Dianne Kelley
363 Brentwood Cv.
Marion, AR 72364

Attn: Judge Fred Thorne
14 Military Road
P.O. Box 717
Marion AR 72364

Attn: Public Defenders Office / Brian Donaldson
14 Military Road
P.O. Box 717
Marion AR 72364