# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**CHARLES DAVID EARWOOD**                                                          **PETITIONER**

v.                 **NO: 3:18-CV-00157 BSM-JTR**

**MIKE ALLEN, Sheriff, Crittenden
County Detention Center**                                                         **RESPONDENT**

## ORDER

Charles David Earwood has not complied with the November 5, September 14, and August 24, 2018 orders [Doc. Nos. 3, 6, 9] directing him to file a properly completed application to proceed *in forma pauperis* or to pay the statutory filing fee of $5. Earwood's last deadline to file his application or pay $5 was November 19, 2018, and he has not paid or filed a new application. Indeed, Earwood has indicated that he has no intention of complying with the November 5th order or of pursuing this case. On November 15, 2018, Earwood filed a notice [Doc. No. 12] advising that he intends to concentrate his money and efforts on the case, *Earwood v. City of Marion, et. al.*, Eastern District of Arkansas Case No. 3:18-cv-00182-DPM-JTR.

Accordingly, Earwood's case is dismissed without prejudice for failure to prosecute. *See* Local Rule 5.5(c)(2); Fed. R. Civ. P. 41(b). It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 26th day of November 2018.

                                                                                        _____
                                                                                        UNITED STATES DISTRICT JUDGE