IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARLES DAVID EARWOOD                                          PETITIONER

v.                      NO: 3:18-CV-00157 BSM-JTR

MIKE ALLEN, Sheriff, Crittenden
County Detention Center                                          RESPONDENT

## JUDGMENT

Pursuant to the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 26th day of November 2018.

_____
UNITED STATES DISTRICT JUDGE